IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE KOKLICH,

      Plaintiff,                      No. CIV S-09-1971 DAD P

   vs.

P. MENDOZA,

      Defendant.          <u>ORDER</u>

/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 in which he complains about conditions of confinement at Pleasant Valley State Prison and requests that a grand jury criminally indict certain correctional officers. Plaintiff has not submitted a civil rights form complaint. Nor has plaintiff submitted an application to proceed in forma pauperis.

       Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

       The undersigned is mindful of the shortcomings of plaintiff's filing with this court. Nonetheless, all of plaintiff's allegations relate to events that allegedly took place at

1

1 | Pleasant Valley State Prison, so none of the potential defendants to a civil rights action reside in
2 | the Sacramento Division of the court.  It appears that any claims which plaintiff may be
3 | attempting to present arose in Fresno County.  Therefore, any complaint which plaintiff may elect
4 | to file presenting such claims would properly be filed in the Fresno Division of the court.
5 |             Accordingly, IT IS HEREBY ORDERED that:
6 |             1. This action is transferred to the United States District Court for the Eastern
7 | District of California sitting in Fresno; and
8 |             2. All future filings shall reference the new Fresno case number assigned and
9 | shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: August 19, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
kokl1971.22